UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARBARA CROSS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.   CR00-5181 FDB <br><br> ORDER RE-DIRECTING DISTRIBUTION OF RESTITUTION PAYMENTS TO THE SOCIAL SECURITY ADMINISTRATION |

Before this Court is the Government's Motion to Re-Direct Distribution of Restitution Payments to the Social Security Administration and the Declaration of Social Security Administration Social Insurance Specialist Jill Barry in support of said motion. The Court finds, after a consideration of all relevant information, that pursuant to Title 18, United States Code, Section 3664(j)(1), all future restitution payments received from the defendant in this case should be distributed to the Social Security Administration. The Clerk of the Court is ordered to forward all future payments to:

Social Security Administration
Debt Management Section
Attn: Court Refund Section
Re:  SEA-99-04107-I
P.O. Box 2861
Philadelphia, PA 19122

IT IS SO ORDERED

DATED this 2nd day of April, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER RE-DIRECTING DISTRIBUTION OF RESTITUTION/Cross  — 1
CR00-5181FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2  Presented by:
3  JEFFREY C. SULLIVAN
4  United States Attorney
5
   By:
6
7
   _____
8  NORMAN M. BARBOSA
9  Special Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE-DIRECTING DISTRIBUTION OF RESTITUTION/Cross  — 2
CR00-5181FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970